FILED SEALED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2021 APR 22  PM 4: 39
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY L. TAYLOR,<br><br>Defendant. | 8:21CR129<br><br>INDICTMENT<br><br>21 U.S.C. § 841(a)(1) & (b)(1);<br>18 U.S.C. § 924(c)(1)(A); |

The Grand Jury charges:

## COUNT I

On or about April 10, 2020, in the District of Nebraska, Defendant ANTHONY L. TAYLOR, did knowingly and intentionally distribute a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT II

On or about April 10, 2020, in the District of Nebraska, Defendant ANTHONY L. TAYLOR did knowingly use and carry a firearm, to wit: a Taurus .380 caliber handgun, during and in relation to, and did knowingly possess such firearm in furtherance of, a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, the offense described in Count I.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

MATT E. LIERMAN
Assistant United States Attorney